# COURT MINUTES
## Magistrate Judge Edwin Torres

King Building Courtroom 10-5                    Date: 05/26/2026   Time: 1:30 PM

Defendant: Sedrick Denard Harrell          J#: 65362-512   Case #: 24-CR-20016-HUCK

AUSA: Sterling Paulson                    Attorney: AFPD, Ian McDonald

Violation: Possession of a Firearm/Convicted Felon

Proceeding: Arraignment/Pretrial Detention Hearing          CJA Appt:

Bond/PTD Held: ⦿ Yes   ○ No          Recommended Bond: TEMP-Pretrial Detention

Bond Set at:                              Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

| Disposition: |
| --- |
| **BRADY Order NOT Given** Parties |
| Joint Ore Tenus Request to Continue |
| Arraignment and Pretrial Detention |
| Hearing-GRANTED. |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing: 05/27/26          1:30 PM          Duty Magistrate Judge          Miami

Prelim/**Arraign** or Removal: 05/27/26          1:30 PM          Duty Magistrate Judge          Miami

Status Conference RE:

D.A.R. 13:47:05                              Time in Court: 2 Mins