UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20016-PCH

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEDRICK DENARD HARRELL,

Defendant.
_______________________________________/

**ORDER ADOPTING AND AFFIRMING R&R**
**AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 54]**, which was entered on September 1, 2026. In the R&R, Magistrate Judge Louis found that the Defendant Sedrick Denard Harrell freely and voluntarily entered a plea of guilty as to Count 1 of the Indictment, which charges him with possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment filed in this case; and (3) a sentencing hearing is set for **Wednesday, November 18, 2026 at 10:00 a.m.**, before

the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida, on September 8, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
United States Probation Office